UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Julio Argumedo<br>    Belinda Alma Torrez-Argumedo<br>        Debtor(s) | Case No. 12 B 41722 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/22/2012.

2) The plan was confirmed on 01/14/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/02/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Converted on 05/12/2014.

6) Number of months from filing to last payment: 18.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $20,575.00 |
| Less amount refunded to debtor | $437.50 |

**NET RECEIPTS:**  $20,137.50

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $861.33 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**  $4,361.33

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Asset Acceptance | Unsecured | 0.00 | 1,259.57 | 1,259.57 | 8.82 | 0.00 |
| Carmax Service Center | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CashCall Inc | Unsecured | 2,598.00 | 3,152.74 | 3,152.74 | 22.08 | 0.00 |
| Chase Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,012.00 | 769.00 | 769.00 | 5.38 | 0.00 |
| CITY OF PARK Ridge | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| Columbia House DVD CLUB | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Comcast Chicago Seconds - 1000 | Unsecured | 533.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 231.00 | 231.35 | 231.35 | 1.62 | 0.00 |
| Enhanced Recovery Corp. | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| First Cash IL 369 | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK Nevada N.A. | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD Services III INC. | Unsecured | 586.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 34.64 | 34.64 | 0.24 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 330.00 | 328.97 | 328.97 | 328.97 | 0.00 |
| Internal Revenue Service | Priority | 14,713.00 | 15,214.17 | 15,214.17 | 15,214.17 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 13,824.96 | 13,824.96 | 96.80 | 0.00 |
| IRS Non-Priority | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IRS Non-Priority | Unsecured | 13,630.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 102.15 | 102.15 | 0.72 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,252.00 | 87.66 | 87.66 | 0.61 | 0.00 |
| John Hatzigiannis | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Oliphant Financial Group LLC | Unsecured | 245.00 | 245.97 | 245.97 | 1.69 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,643.00 | 196.17 | 196.17 | 1.37 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 9,252.00 | 9,251.30 | 9,251.30 | 64.78 | 0.00 |
| Premier Bankcard | Unsecured | 432.00 | 432.02 | 432.02 | 3.03 | 0.00 |
| Quantum3 Group | Unsecured | 335.00 | 420.37 | 420.37 | 2.94 | 0.00 |
| Quantum3 Group | Unsecured | NA | 804.79 | 804.79 | 5.64 | 0.00 |
| Resurgent Capital Services | Unsecured | 500.00 | 545.56 | 545.56 | 3.82 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Resurgent Capital Services | Unsecured | NA | 940.79 | 940.79 | 6.59 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 657.03 | 657.03 | 4.60 | 0.00 |
| RJM Acquisitions LLC | Unsecured | NA | 162.50 | 162.50 | 1.14 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 50.00 | 57.94 | 57.94 | 0.41 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 102.00 | 52.06 | 52.06 | 0.36 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 56.00 | 56.31 | 56.31 | 0.39 | 0.00 |
| Santander Consumer USA | Unsecured | 4,295.00 | 5,137.39 | 5,137.39 | 0.00 | 0.00 |
| THE Bradford Exchange LTD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless/Great | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Victor Diaz | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $15,543.14 | $15,543.14 | $0.00 |
| **TOTAL PRIORITY:** | **$15,543.14** | **$15,543.14** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$38,422.27** | **$233.03** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,361.33 |
| Disbursements to Creditors | $15,776.17 |
| **TOTAL DISBURSEMENTS:** | **$20,137.50** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/30/2015                                By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**